TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03-CV-1569-KJD-PAL |
| Plaintiff, | **Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| REAL PROPERTY KNOWN AS 7729 RIO VISTA STREET, LAS VEGAS, NEVADA, LEGALLY DESCRIBED AS PARCEL ONE (1) AS SHOWN BY PARCEL MAP IN FILE 58, PAGE 59, RECORDED OCTOBER 21, 1988 AS DOCUMENT NO. 00856 IN BOOK 881021 OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREIN (APN: 125-15-602-004), and | |
| ANY AND ALL NET PROCEEDS OF THE RENTAL OF 7729 RIO VISTA STREET, LAS VEGAS, NEVADA, | |
| Defendants. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because

\

\

\

forfeiture has been completed, and he should be terminated from further notification of this Court's CM/ECF system.

Dated: January 30, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:   3/9/2026